# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Sylvia Bayley, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| MDU Resources Group, Inc., | ) | Case No. 1:13-cv-002 |
| | ) | |
| Defendant. | ) | |

On September 30, 2014, the court held a status conference in the above-entitled action. Pursuant to its discussions with the parties, the court **ORDERS**:

(1) The final pretrial conference set for October 14, 2014, shall be rescheduled for March, 20, 2015, at 1:30 p.m. The court shall initiate the conference call.

(2) The trial set for October 27, 2014, shall be rescheduled for April 6, 2015, at 9:30 a.m. in Bismarck before Judge Hovland. A 5-day trial is anticipated.

(3) Motions in limine shall be filed at least thirty (30) days prior to trial unless otherwise instructed by the court.

Dated this 30th day of September, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court